IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEBRA FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:11CV503 -WHA |
| | ) | |
| AUBURN UNIVERSITY MONTGOMERY; | ) | (wo) |
| KATHERINE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of Auburn University Montgomery and Katherine Jackson and against the Plaintiff, Debra Foster.

Costs are taxed against the Plaintiff.

Done this 19th day of November, 2012

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE